UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAKEERAH IMANI FREDERICKS,

      Plaintiff,

  -v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendant.

24 Civ. 1112 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

 On September 10, 2024, the Court reached out to the parties to reschedule the conference scheduled for September 11, 2024, due to a Court conflict with the time of the conference.

 In response, the Court was informed by Austin Hee, counsel of record for Defendant New York City Department of Education, that he no longer works for the New York City Law Department. Mr. Hee remains counsel of record, unless and until a substitution of counsel form is filed and approved by the Court.

 In light of the scheduling conflict and Mr. Hee's representation that he no longer works for the New York City Law Department, the Court hereby *sua sponte* adjourns the conference scheduled for September 11, 2024, to **October 10, 2024, at 2:00 p.m.**

 SO ORDERED.

Dated: September 10, 2024
    New York, New York

                *Katherine Polk Failla*
                _____
                KATHERINE POLK FAILLA
                United States District Judge