UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKEERAH IMANI FREDERICKS,

                    Plaintiff,

        -v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

24 Civ. 1112 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On February 3, 2025, Plaintiff corresponded with the Court and requested that Plaintiff's exact address be removed from the civil docket. In light of that request and that Plaintiff is receiving electronic service, Plaintiff's request is GRANTED. The Clerk of Court is directed to maintain Plaintiff's full address as a private entry, and to list only the city and state on the public docket.

    SO ORDERED.

Dated:  February 6, 2025
           New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge