UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKEERAH IMANI FREDERICKS,

                Plaintiff,

      -v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

24 Civ. 1112 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On April 8, 2025, and April 9, 2025, the Court received email correspondence from Plaintiff Shakeerah Imani Fredericks. Plaintiff is reminded that she should contact the Pro Se Intake Office at (212) 805-0175 with any information she wishes to communicate with the Court, as stated in this Court's individual rules. Further, Plaintiff should refrain from disclosing to the Court privileged information about communications with the Federal *Pro Se* Legal Assistance Project.

    To the extent that Plaintiff wishes to request an extension to file her opposition to the motion to dismiss, which is currently due on **April 10, 2025**, she may file a letter on the docket. Otherwise, the Court will consider Plaintiff's submission in due course.

    Additionally, the Clerk of Court is directed to place the following documents under seal, viewable only to the parties and the Court, due to the sensitive nature of those documents: docket number 34, exhibit 33 and docket number 35, exhibits 3, 9, and 10.

SO ORDERED.

Dated:  April 9, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge