| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **MEMO ENDORSED** |
| SHAKEERAH IMANI FREDERICKS<br><br>　　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>NEW YORK CITY DEPARTMENT OF<br>EDUCATION, AND UNITED<br>FEDERATION OF TEACHERS<br><br>　　　　　　　　　　**Defendants.** | MOTION REQUEST FOR SEALED PERSONAL INFORMATION<br><br>Case No. 24 CV 1112 |

### MOTION REQUEST FOR SEALED PERSONAL INFORMATION

Date: **May 12th, 2025**

　　　　Plaintiff, Shakeerah Imani Fredericks requests to submit a sealed letter to the courts with the full details of her address so that the Information Package with the summons for UFT can be delivered successfully. Please reference the updated address change with limited details entered at the docket at entry 51 (Notice Of Change Of Address).

Thank you for your support with this urgent matter.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Shakeerah Imani Fredericks

　　　　　　　　　　　　　　　　　　　　　　　*S. F.*

1

Dated: **May 12th, 2025**

New York, New York

Cc: BRANDON WEISMAN
Assistant Corporation Counsel
NYC Law Department, L&E Law Division
Phone: (212) 356-2286
Email: bweisman@law.nyc.gov

UNITED FEDERATION OF TEACHERS
Manhattan Borough Office
52 Broadway
10th Floor
New York, NY 10004
Phone: (212) 777-7500

```
Application GRANTED.  The Clerk of Court is directed to mail a copy
of the information package referenced in the Order of Service (Dkt.
#52) to Shakeerah Imani Fredericks at the address provided in docket
entry 56, and to terminate the pending motion at docket entry 55.

Dated:     May 20, 2025             SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE