UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAKEERAH IMANI FREDERICKS,

               Plaintiff,

       -v.-

NEW YORK CITY DEPARTMENT OF
EDUCATION and UNITED
FEDERATION OF TEACHERS,

              Defendant.

---

24 Civ. 1112 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

     The Court is in receipt of Plaintiff's "Notice of Improper Contact by Co-Defendant." (Dkt. #72). For the avoidance of doubt, this Court notes that nothing in that submission suggests that any Defendant in this case has acted improperly in this matter.

     Plaintiff states in the letter that she wishes for Defendant UFT to "engage" with Plaintiff in this federal case only, and not to address "UFT Grievance M77007." The Court notes that this federal case does not stay or impact any deadlines that may exist in the UFT grievance process. Therefore, to the extent that Plaintiff has decided not to engage in that process, it is not at the behest of this Court.

     SO ORDERED.

Dated:    August 20, 2025
          New York, New York

                                        _____
                                      KATHERINE POLK FAILLA
                               United States District Judge