**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
SHAKEERAH IMANI FREDERICKS,

                          Plaintiff,

      -against-                                     24 **CIVIL** 1112 (KPF)

                                                         **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION and UNITED FEDERATION OF
TEACHERS,

                          Defendants.
--------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated December 29, 2025, UFT's motion to dismiss is GRANTED, and DOE's motion to dismiss is also GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        December 30, 2025

                                     **TAMMI M. HELLWIG**
                                    _____
                                      **Clerk of Court**

               **BY:**

                                   **Deputy Clerk**